IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| v. | : | **CRIMINAL NO. 25-0091** |
| | : | |
| JEAN ESPINOSA | : | |

## ORDER

**AND NOW**, this **20th** day of **July 2026**, upon consideration of Defendant Jean Espinosa's Motion to Suppress (ECF No. 65) and for reasons explained in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1.  The Motion to Suppress (ECF No. 65) is **GRANTED IN PART** and **DENIED IN PART**.

2.  Defendant's statements made during the execution of the search warrant while defendant was handcuffed and placed outside are **ADMISSIBLE**.

3.  Defendant's statements made during his interrogation in the middle bedroom at the house subject to the executed search warrant are **INADMISSIBLE**.

4.  Defendant's statements made during his interrogation at the FBI field office are **ADMISSIBLE**.

BY THE COURT:

HON. KAI N. SCOTT
**United States District Court Judge**